Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−19506−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Iannone
237 Kingfisher Drive
Middletown, NJ 07748

Kelly S Karaban−Iannone
237 Kingfisher Drive
Middletown, NJ 07748

Social Security No.:
   xxx−xx−5908                                    xxx−xx−1686

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
   Debtor and Joint Debtor was entered on January 29, 2026.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-19506-CMG

Robert A Iannone                                                                                          Chapter 13

Kelly S Karaban-Iannone

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 4

Date Rcvd: Jan 29, 2026                                Form ID: 148                                 Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A Iannone, Kelly S Karaban-Iannone, 237 Kingfisher Drive, Middletown, NJ 07748-3242 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520807286 | | AFFINITY FCU, PO BOX 07101-0070, Newark, NJ 07101 |
| 520807288 | + | ALLY FINANCIAL, PO BOX 7118, PAYMENT PROCESSING CENTER, CHARLOTTE, NC 28372-5020 |
| 520807287 | | Ally Financial, PO BOX 7119, CHARLOTTE, NC 28272 |
| 520807293 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard St, Van Nuys, CA 91411 |
| 520807305 | | Elan Fin Svc, Saint Louis, MO 63166 |
| 520807310 | + | FUSION AUTO, 1320 TENNIS DRIVE, Bedford, TX 76022-6352 |
| 520807306 | + | Financial Fusion Auto, 1320 TENNIS DRIVE, Bedford, TX 76022-6352 |
| 520807312 | + | Nationstar/Mr Cooper, 2828 N Harwood St, Dallas, TX 75201-1518 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 29 2026 21:07:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Jan 29 2026 21:08:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| 520807284 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 29 2026 21:07:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 520807285 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 29 2026 21:07:00 | Affinity Fcu, 73 Mountain View B, Basking Ridge, NJ 07920-2332 |
| 520819350 | + | Email/Text: rmcdowell@slgcollect.com | Jan 29 2026 21:07:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520809538 | + | EDI: AISACG.COM | Jan 30 2026 01:51:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520848531 | + | EDI: AISACG.COM | | |

District/off: 0312-3                              User: admin                                    Page 2 of 4

Date Rcvd: Jan 29, 2026                          Form ID: 148                                    Total Noticed: 56

| | | | Jan 30 2026 01:51:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 520807289 | + | EDI: GMACFS.COM | Jan 30 2026 01:51:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520855996 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 21:10:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520807290 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 21:10:45 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520807291 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 29 2026 21:07:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 520807292 | + | EDI: TSYS2 | Jan 30 2026 01:51:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520807314 | | Email/Text: bankruptcy@collegeave.com | Jan 29 2026 21:06:00 | Uas/College Ave Studen, 233 N King St, Wilmington, DE 19801 |
| 520807294 | + | EDI: CAPITALONE.COM | Jan 30 2026 01:51:00 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520807295 | + | EDI: CAPITALONE.COM | Jan 30 2026 01:51:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520807296 | + | EDI: WFNNB.COM | Jan 30 2026 01:51:00 | Cb/Spmnsgv, Po Box 182273, Columbus, OH 43218-2273 |
| 520807297 | + | EDI: CITICORP | Jan 30 2026 01:51:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520807298 | + | EDI: WFNNB.COM | Jan 30 2026 01:51:00 | Ccb/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 520807300 | + | EDI: CITICORP | Jan 30 2026 01:51:00 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 520879842 | | EDI: CITICORP | Jan 30 2026 01:51:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520807301 | + | Email/Text: bankruptcy@credencerm.com | Jan 29 2026 21:08:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 520807302 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2026 21:10:34 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 520807303 | | EDI: DISCOVER | Jan 30 2026 01:51:00 | Discovercard, Pob 15316, Wilmington, DE 19850 |
| 520807304 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 29 2026 21:08:00 | Dpednelnet, 121 South 13th St, Lincoln, NE 68508-1922 |
| 520807299 | | Email/Text: BNSFS@capitalsvcs.com | Jan 29 2026 21:07:00 | Ccs/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 520807309 | + | Email/Text: bankruptcy@fultonbank.com | Jan 29 2026 21:08:00 | FULTON BANK NA, PO BOX 11, Lancaster, PA 17608-0011 |
| 520807307 | + | EDI: AMINFOFP.COM | Jan 30 2026 01:51:00 | Fst Premie, 900 Delaware Suite 7, Sioux Falls, SD 57104-0337 |
| 520807308 | + | Email/Text: bankruptcy@fultonbank.com | Jan 29 2026 21:08:00 | Fulton Bank N.A, Po Box 11, Lancaster, PA 17608-0011 |
| 520849332 | + | Email/Text: bankruptcy@fultonbank.com | Jan 29 2026 21:08:00 | Fulton Bank, N.A., One Penn Square, PO Box 4887, Lancaster, PA 17604-4887 |
| 520855587 | | EDI: IRS.COM | Jan 30 2026 01:51:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 520873056 | | EDI: JEFFERSONCAP.COM | Jan 30 2026 01:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520825607 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 29 2026 21:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

District/off: 0312-3                     User: admin                                   Page 3 of 4
Date Rcvd: Jan 29, 2026                  Form ID: 148                                  Total Noticed: 56

| | | | |
|---|---|---|---|
| 520807311 | + EDI: JPMORGANCHASE | Jan 30 2026 01:51:00 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801-2920 |
| 520881805 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520873536 | EDI: PRA.COM | Jan 30 2026 01:51:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520824614 | + EDI: JEFFERSONCAP.COM | Jan 30 2026 01:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520880228 | EDI: Q3G.COM | Jan 30 2026 01:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520880227 | EDI: Q3G.COM | Jan 30 2026 01:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520874940 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | SAILFISH SERVICING, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520855589 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 29 2026 21:07:00 | State of NJ Division of Taxation, 3 John Fitch Way,, Trenton NJ 08611 |
| 520877446 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 29 2026 21:07:00 | State of NJ Division of Taxation-Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520807313 | ^ MEBN | Jan 29 2026 21:02:11 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520822219 | EDI: USBANKARS.COM | Jan 30 2026 01:51:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520818456 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 29 2026 21:08:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520856012 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520856013 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520881806 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520807315 | ##+ | UNLOCK Partnership Solutions, AOI Inc., 5 Bryant Park, 23 Floor, New York, NY 10018-0976 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                       Signature:        /s/Gustava Winters

District/off: 0312-3                                          User: admin                                          Page 4 of 4
Date Rcvd: Jan 29, 2026                                   Form ID: 148                                     Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Andrew P. Chigounis | on behalf of Creditor Affinity Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor SAILFISH SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Janet Gold | on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Lawrence W. Luttrell | on behalf of Joint Debtor Kelly S Karaban-Iannone larry@lwlpc.com renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com |
| Lawrence W. Luttrell | on behalf of Debtor Robert A Iannone larry@lwlpc.com renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9